Roger W. KNIGHT, Plaintiff–
Appellant,

v.

Norm MALENG, King County Prosecuting Attorney; Calvin G. Rapada, Deputy Prosecuting Attorney, Defendants–Appellees.

No. 00–35625.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 25, 2001.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

**834**

Before BEEZER, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

## MEMORANDUM[2]

Roger W. Knight appeals pro se the district court's summary judgment for defendants dismissing his 42 U.S.C. § 1983 action, which sought to enjoin a state court contempt proceeding to enforce a court order that Knight make child support payments. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a denial of an injunction based on *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971). *See Kenneally v. Lungren*, 967 F.2d 329, 331 (9th Cir.1992). We affirm.

The district court properly dismissed Knight's action pursuant to the *Younger* abstention doctrine because the state court proceedings were ongoing, implicated important state interests, and provided an adequate opportunity for Knight to litigate his federal claims. *See Delta Dental Plan of Cal., Inc. v. Mendoza*, 139 F.3d 1289, 1294 (9th Cir.1998). Because the district court properly dismissed the action pursuant to the *Younger* abstention doctrine, we do not address Knight's remaining contentions concerning the district court's alternative grounds for dismissal. *See id.*

AFFIRMED.

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

